# BINGHAM

James Hamilton
Direct Phone: 202.373.6026
Direct Fax:    202.373.6473
james.hamilton@bingham.com

**Via ECF**

September 20, 2010

The Honorable Thomas C. Platt Jr.
United States District Court for the Eastern District of New York
Long Island Courthouse
100 Federal Plaza
Central Islip, New York 11722

**Re:** *Rein v. The Socialist People's Libyan Arab Jamahiriya, et. al.,*
**Civ. No. 96-2077 (TCP)**

Dear Judge Platt:

    Sonnenschein Nath & Rosenthal respectfully requests that the Court schedule a status conference in this matter so that the parties may ascertain how they may assist the Court in its resolution of the fee dispute between them. We are authorized to inform the Court that Constantine Cannon joins in this request.

Respectfully submitted,

James Hamilton

cc:   Gary J. Malone, Esq.
      Robert L. Begleiter, Esq.
      John Koski, Esq.
      Edward Reich, Esq.

Boston
Hartford
Hong Kong
London
Los Angeles
New York
Orange County
San Francisco
Santa Monica
Silicon Valley
Tokyo
Washington

Bingham McCutchen LLP
2020 K Street NW
Washington, DC
20006-1806

T +1.202.373.6000
F +1.202.373.6001
bingham.com

A/73503402.1